UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                  **PLAINTIFF**

vs.                              **CIVIL ACTION NO. 1:22-CV-175-SA-DAS**

**TAKIANA STRONG**                                                   **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Takiana Strong, having failed to appear, plead or otherwise defend in this action, and default having been entered on April 6, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Takiana Strong, in the amount of $92,261.40 plus interest on the judgment at the legal rate until the judgment is satisfied, and a filing fee of $402.00.

This the 24th day of April, 2023.

                                                       s/ David Crews
                                                       Clerk of Court